UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Clarity Diagnostics, LLC                     Case No. 24-18938-EPK
                                             (Jointly Administered)

        Debtor.                     Chapter 11
_____/

In re:

Clarity Lab Solutions, LLC,                  Case No. 24-19243-EPK

        Debtor.                     Chapter 11
_____/

**NOTICE OF FILING THREE WEEK CASH FLOW BUDGET AND
RECONCILIATION OF A/R AND INVENTORY**

Clarity Diagnostics, LLC (the "Debtor"), by and through its counsel, hereby files the attached three week cash flow budget and reconciliation of A/R and inventory in conjunction with the *Emergency Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and Final Hearing* [ECF No. 11].

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on October 14, 2024.

                                        SHRAIBERG PAGE, P.A.
                                        Attorneys for the Debtor
                                        2385 NW Executive Center Drive, #300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        Email: bss@slp.law

                                By:  */s/ Bradley S. Shraiberg*
                                        Bradley S. Shraiberg
                                        Florida Bar No. 121622

**Clarity Diagnostics**
Projected 3-Week Cash Flow
Weeks of 10/14/24 through 10/28/2024

| | Projected | Projected | Projected | Projected |
|---|---|---|---|---|
| **Week Beginning:** | Week 1 10/14/2024 | Week 2 10/21/2024 | Week 3 10/28/2024 | 3-Week Total |
| **Beginning Balance** | 304,444 | 373,799 | 282,459 | 304,444 |
| **Cash Inflow** | | | | |
| Customer Collections | 173,341 | 117,272 | 92,305 | 382,917 |
| Appell Group - DIP Financing | | | | - |
| | | | | - |
| | | | | - |
| **Total Cash Inflow** | 173,341 | 117,272 | 92,305 | 382,917 |
| **Week Beginning:** | Week 1 10/14/2024 | Week 2 10/21/2024 | Week 3 10/28/2024 | 3-Week Total |
| **Cash Outflow** | | | | |
| *Freight & Inventory - COD Purchases* | | | | |
| ACON Laboratories, Inc. (100% up front) | | 67,072 | | 67,072 |
| AllTest (25% up front/75% Net 30) | | | 1,894 | 1,894 |
| Azer Scientific (Net 30) | 1,409 | 816 | | 2,225 |
| Azure Biotech Inc. (50% up front, 50% upon delivery) | | 8,316 | | 8,316 |
| Empecs (25% up front/75% upon shipment) | 12,000 | | | 12,000 |
| Healgen Scientific LLC (100% up front) | 18,920 | | | 18,920 |
| Kenlor Industries Inc. (100% up front) | 5,050 | 3,450 | 9,370 | 17,870 |
| Kova (100% up front) | | | 7,500 | 7,500 |
| Nano Ditech Corp. (25% Up front/75% Net 15) | | | | - |
| PBM (100% up front) | 16,884 | | | 16,884 |
| Teco Diagnostics (100% up front) | | | | - |
| Wondfo USA Co., Ltd. (100% up front) | | | | - |
| Freight - UPS / Fedex/ Import | 2,616 | 7,458 | 3,483 | 13,557 |
| *Freight & Inventory Purchases past dues:* | | | | |
| ACON Laboratories, Inc. | | | | - |
| Azure Biotech Inc. | | | | - |
| Healgen Scientific LLC | | | | - |
| Stream Bio | | | | - |
| Teco Diagnostics | | | | - |
| RAS (Advisory, Outside Acct, Financial Analysts) | | | | - |
| Leene, PLC (In-house Legal) | | | | - |
| Payroll, Payroll Taxes & Health Insurance | 2,531 | 111,000 | 1,771 | 115,302 |
| Property & Casualty, General Liability & Auto Insurance | 20,024 | | | 20,024 |
| Rent & Utilities | 1,051 | | 13,717 | 14,768 |
| Overhead | 7,500 | 7,500 | 7,500 | 22,500 |
| Marketing & Other Vendor Payments | 3,000 | 3,000 | 3,000 | 9,000 |
| Professional Services | 8,000 | | 12,500 | 20,500 |
| Distributor Admin Fees (most netted out of collections) | 5,000 | | | 5,000 |
| Consulting Fees | | | 5,000 | 5,000 |
| Medline/VWR Installments | | | | |
| Weekly MCA Repayment | | | | |
| **Total Cash Outflow** | 103,985 | 208,612 | 65,735 | 378,332 |
| **Ending Balance** | 373,799 | 282,459 | 309,029 | 309,029 |

**Clarity Diagnostics**
**Weekly Reconciliation of Changes in AR & Inventory**
**Weeks of 10/14/24 through 10/28/2024**

| | Week Beginning: | Week 1<br>10/14/2024 | Week 2<br>10/21/2024 | Week 3<br>10/28/2024 | 3-Week<br>Total |
|---|---|---|---|---|---|
| | **Accounts Receivable** | | | | |
| | Beginning | **425,464** | 393,526 | 417,656 | 425,464 |
| | Sales | 141,402 | 141,402 | 165,000 | 447,805 |
| | Less CC | (15,000) | (15,000) | (15,000) | (45,000) |
| | Collections | (158,341) | (102,272) | (77,305) | (337,917) |
| | Ending | **393,526** | **417,656** | **490,351** | **490,351** |
| | | - | - | - | |
| | **Inventory** | | | | |
| | Beginning | **1,964,473** | 1,957,933 | 1,976,783 | 1,964,473 |
| | Purchases - Inventory Increase | 54,263 | 79,654 | 18,764 | 152,681 |
| 43% | Cost of Sales - Inventory Reduction | (60,803) | (60,803) | (70,950) | (192,556) |
| | Ending | **1,957,933** | **1,976,783** | **1,924,597** | **1,924,597** |