**Christine Wendling**
6005 Jones Farm Rd.
Wake Forest, NC 27587
919.623.6683
crwendling@gmail.com



April 27, 2025

24-18938- EPK

The Honorable Erik P. Kimball
United States Bankruptcy Court
Southern District of Florida
West Palm Beach Division
1515 Flagler Drive, Room 801
West Palm Beach, FL 33401

**Re: In re Clarity Diagnostics, LLC and Clarity Lab Solutions, LLC – Objection to Claims of Sarah Davis and Emily Simpson**

Dear Judge Kimball,

I am writing as a former employee of Clarity Lab Solutions, LLC, who stayed with the company until its sale, relying on repeated assurances from then-CEO Rick Simpson and his partner Warren Wright that the employees would be paid for all accrued and unpaid wages once the sale was completed. As you are aware, these assurances turned out to be false, and a number of employees, including myself, were left unpaid for multiple pay periods.

Following our petitions, you graciously held a hearing and approved our claims for unpaid wages, for which we are deeply grateful. We also understand and accept that any monies recovered in the bankruptcy estate will be shared equitably among the employees who filed claims.

However, I respectfully submit this letter to bring a new and serious concern to the Court's attention. Recently, claims were filed for unpaid wages by Sarah Davis and Emily Simpson, who are the wife and daughter of Rick Simpson. Based on firsthand knowledge during my tenure as Vice President of Sales (September 2023 – January 2025), and corroborated by multiple former colleagues, I can state under penalty of perjury that to my knowledge:

- Sarah Davis has not provided any meaningful work or services to Clarity Lab Solutions during the period relevant to the bankruptcy filings. Her last known contribution was approximately 18 months ago to Clarity Diagnostics, producing a short video for YouTube.
- Emily Simpson, a college student residing in Orlando, has provided no work or services to Clarity Lab Solutions during my employment and was not present or involved in the company's operations.

- Their presence on payroll appears solely attributable to their familial relationship with Rick Simpson, not based on any legitimate business need or services rendered to the company.

Allowing these claims would not only dilute the already limited recovery available to the genuine employees who were defrauded of their rightful wages, but would also, respectfully, reward a blatant misuse of company funds through nepotism. Further, filing for back wages under these circumstances may constitute fraud upon the Court, as the underlying claims are not based on bona fide employment relationships or actual services performed.

On behalf of myself and my fellow former employees similarly situated, I respectfully request that:

1. The claims of Sarah Davis and Emily Simpson be thoroughly investigated.
2. If found to be unsupported by actual work or legitimate services rendered, their claims be disallowed in their entirety.
3. If possible, the Court permit affected former employees, including myself, the opportunity to be heard at any hearings relating to these disputed claims.

We are prepared to testify under oath, if permitted, regarding the lack of bona fide employment activities performed by Sarah Davis and Emily Simpson during the relevant period.

Thank you very much for your attention to this serious matter, and for your continued fairness and diligence throughout these proceedings. We appreciate the opportunity to have our voices heard.


Christine Wendling

*/s/ CLWendling/*

April 27, 2025

*April 27, 2025*

Christine Wendling
6005 Jones Farm Rd.
Wake Forest, NC 27587

RALEIGH NC 275
28 APR 2025 PM 2 L



Judge Erik P. Kimball
United States Bankruptcy Court
West Palm Beach Division
1515 Flagler Dr. Room 801
West Palm Beach, FL 33401
33401-343101