UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Clarity Diagnostics, LLC,   Case No. 24-18938-EPK
                            (Jointly Administered)

Clarity Lab Solutions, LLC,   Case No. 24-19243-EPK

        Debtors.             Chapter 11
_____/

## NOTICE TO WITHDRAW DOCUMENT

Clarity Diagnostics, LLC and Clarity Lab Solutions, LLC (the "Debtors"), by and through undersigned counsel, hereby withdraw its Motion to Either (A) Compel Brevet to Designate Collections Firm or, in the alternative, (B) Voluntarily Dismiss Cases [ECF No. 307].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Electronic Noticing to those parties registered to receive electronic noticing in this case on June 9, 2025.

**SHRAIBERG PAGE P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@sfl-pa.com

By: /s/ Bradley S. Shraiberg
    Bradley S. Shraiberg
    Florida Bar. No. 121622