August 12, 2025

US Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, Suite 801
West Palm Beach, FL 33401



**RE:  Court Case 24-18938-EPK    Clarity Diagnostics / Clarity Laboratory Bankruptcy**

Thank you for your prior assistance in helping me, a remote employee of Clarity Diagnostics, formerly based in Hilliard, OH, in helping me coordinate the time to appear before Judge Kimball, and direction on how to file of my Administrative Claim which was approved by Judge Kimball in March 2025.

During our court cases, it appears that the US Trustee, the Judge and the involved organizations failed to set aside money for the employee's salaries/ administrative claims.  Since being awarded the ruling, there has been limited communications – only related to other peoples claim filings and court cases.  To date, the company (Clarity Diagnostics and Clarity Laboratories) has failed to pay the approved administrative award for 3 paychecks (6 weeks of work), then sold to a new group of investors.  The new investor/buyer (Jade Capital) claims the past salaries due isn't their problem (although they secretly negotiated with the prior investment group and Clarity Diagnostics / Laboratories) to pay inside employees during the purchase of the organization and informed those employees to NOT share that they were being paid to the outside employees.  Then upon the sale finalization, Jade Capital cut all salaries for outside salespeople, making any remaining outside sales employee 100% commissioned.  As a result, myself and most other sales people have moved onto another organization after a couple months of seeking work.  It should be noted that Clarity Diagnostics/ Laboratories and the new owners Jade Capital deliberately mislead employees into believing salaries would be paid during the transition period as evidenced by the fact some employees were paid, but NOT all employees. Total discrimination and unfair labor practice. Shame on the parties involved, as well as the Court and the US Trustee who failed to look out for the employees. As noted by Judge Kimball – just because you can get away with something, doesn't mean you should.

**Since leaving the organization in March, I have moved for new job at my own expense.**
**Please update my address with the court for all go-forward communications related to this case.**
- **Former address: Kevin Grobe,  5337 Sutter Home Rd, Hilliard OH 43026**
- **New address: Kevin Grobe, 1023 Welles Ct,  Brighton MI 48116**
- My email for court purposes is Kevin.Grobe@hotmail.com .
- My cell phone remains the same at (614) 319-3694.


Questions:  Please reply via email or letter communications.
1) Has there been ANY activity on the case, where the Debtor is going to pay out the past salaries / monies owed?
2) What is the name of the US Trustee and his/her phone number. During my case the Trustee gave me his phone number but the number provided was incorrect.  I would like to speak with the US Trustee to gain an understanding of what he/she is doing to remedy this case.
3) Is there anything else that I must do to hopefully get my monies/ salary paid as awarded by the Judge?

Thank you for your time and attention to this matter,

Respectfully,

**Kevin Grobe**
1023 Welles Ct, Brighton, MI 48116