UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CLARITY DIAGNOSTICS, LLC, | : | CASE NO. 24-18938-EPK |
| CLARITY LAB SOLUTIONS, LLC, | : | (Jointly Administered) |
|     Debtors. | : | |

**MOTION OF UNITED STATE TRUSTEE TO DISMISS CASES OR CONVERT CASES TO CASES UNDER CHAPTER 7**

The United States Trustee pursuant to 11 U.S.C. Section 1112 (b) for an order dismissing these cases or converting these cases to cases under chapter 7 and as grounds therefore states:

1. The Debtor, Clarity Diagnostics, LLC, ("Diagnostics") filed a voluntary chapter 11 case on August 20, 2024. The Debtor, Clarity Lab Solutions, LLC, ("Lab") filed a voluntary Chapter 11 petition on September 10, 2024. Pursuant to the order entered on September 17, 2024, the cases are jointly administered.

2. Diagnostics operated as a wholesale manufacturer under the brand name CLARITY and provided diagnostic test kits to its distributors. Lab operated as a highly complex laboratory focusing on specialty testing. The Debtors filed Chapter 11 due to a demand letter from their primary secured creditor, Brevet Capital.

3. On January 17, 2025, the Court entered the Order Granting Sale Free and Clear of Liens, Claims and Encumbrances and Related Relief (ECF 191). Pursuant to the order, the Debtors sold most of their assets to Clarity Lab Group, LLC. As part of the sale, Brevet Capital received cash and a beneficial interest in accounts receivable. From the collection of the accounts receivable by Brevet Capital, the Debtors would receive a percentage of the funds. The sale terms provided that the bankruptcy cases would remain open for the lesser of two years or the end of the collections.

4. As of result of the sale, the Debtors ceased operations.

5. Neither Debtor has filed monthly operating reports for May, June or July 2025.

6. The Debtors have outstanding United States Trustee's fees. Diagnostics has not paid any United States Trustee fees since the petition and has an estimated outstanding balance of $12,376.72. Lab paid only $250 in fees during the pendency of the case and currently has an outstanding estimated balance of $1,867.66. Interest on outstanding fees continues to accrue.

7. Upon information and believe, the Debtors have no funds with which to pay for the preparation and filing of the missing monthly operating reports or to pay the outstanding United States Trustee fees.

8. Debtors have no intention to reorganize these cases.

9. Section 1112(b)(1) provides that after notice and a hearing, the Court shall dismiss or convert a case to a case under chapter 7 if the movant establishes cause. Section 1112(b)(4) lists several items which would constitute "cause" for purposed of conversion or dismissal.

10. The exists a diminution of the estate and an absence of reasonable likelihood of rehabilitation, cause for dismissal or conversion pursuant to 11 U.S.C. § 1112(b)(4)(A).

11. Debtors unexcused failure to timely file monthly operating reports is cause for dismissal or conversion pursuant to 11 U.S.C. § 1112(b)(4)(F).

12. The U.S. Trustee submits that it would be in the best interests of the creditors to dismiss this case or to convert the case to Chapter 7.

WHEREFORE, the United States Trustee respectfully requests the Court to set a hearing and enter an order dismissing the cases or converting these cases to cases under chapter 7 and for such other and further relief as may seem just and proper.

                                                            GUY A. VAN BAALEN
Acting United States Trustee
Region 21

                                                            _____/S/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Florida Bar No. 0879460

Office of the U.S. Trustee
51 S.W. First Ave., Room 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION OF U.S. TRUSTEE TO DISMISS CASES OR CONVERT CASES TO CASES UNDER CHAPTER 7** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

| | |
|---|---|
| **Paul A Avron** | pavron@bergersingerman.com, efile@bergersingerman.com; efile@ecf.inforuptcy.com |
| **Eyal Berger** | eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| **Patrick R Dorsey** | pdorsey@slp.law, dwoodall@slp.law; pmouton@slp.law; pdorsey@ecf.courtdrive.com; mortman@slp.law |
| **Robert C Furr** | ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; staff1@furrcohen.com; FurrRR84158@notify.bestcase.com; yfernandez@furrcohen.com |
| **Samuel W Hess** | shess@slp.law, dwoodall@slp.law; pmouton@slp.law; shess@ecf.courtdrive.com; mortman@slp.law |
| **Alan C Hochheiser** | ahochheiser@mauricewutscher.com, 8371350420@filings.docketbird.com |
| **Eric S Pendergraft** | ependergraft@slp.law, dwoodall@slp.law; mortman@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law |
| **Brian G Rich** | brich@bergersingerman.com, efile@bergersingerman.com; efile@ecf.courtdrive.com; kmarsh@bergersingerman.com |
| **Zach B Shelomith** | zbs@lss.law, info@lss.law; alt@lss.law; Shelomith.ZachB.B105131@notify.bestcase.com; zshelomith@ecf.inforuptcy.com |
| **Bradley S Shraiberg** | bss@slp.law, dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law; mortman@slp.law |
| **John R Yant** | ryant@carltonfields.com, dlester@carltonfields.com |
| **George L. Zinkler** | gzinkler@loriumlaw.com , ecf.zinkler@loriumlaw.com |

Bret Amron
c/o Bast Amron LLP
1 SE Third Ave #2410
Miami, FL 33131

BMW Bank of North America, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Sara Davis
333 NE 23 Street
Boca Raton, FL 33431

Bendy Deceus
3420 SW 171st Ave
Miramar, FL 33027

4

Portia Edwards
2440 N Dixie Hwy.
Boca Raton, FL 33431

Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kevin Grobe
1023 Welles Ct
Brighton, MI 48116

Richard Hersperger
c/o Crown Medical Collections, LLC
110 W. High Street
Edensburg, PA 15931

Wayne Newman
657 Pontoon Road
Huger, SC 29450

Jeffrey M. Reisner
1114 Avenue of the Americas
New York, NY 10036

Tom Rolfes
2215 Dewes Street
Glenview, IL 60025

Debra A Shapiro
6237 Graycliff Drive Apt A
Boca Raton, FL 33496

Emily Christine Simpson
333 NE 23rd St.
Boca Raton, FL 33431

Richard Simpson
333 NE 23rd Street
Boca Raton, FL 33431

Joshua R. Taylor
1330 Connecticut Avenue NW
Washington, DC 20036

Keshena Velus
907 SW 15 St
Pompano Beach, FL 33060

Christine Wendling
6005 Jones Farm Rd.
Wake Forest, NC 27587

     I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

     DONE this the 2nd day of September, 2025.

                                                  _____/s/_____
                                                  HEIDI A. FEINMAN
                                                  Assistant United States Trustee
                                                  Office of the U.S. Trustee
                                                  51 SW First Avenue
                                                  Miami, FL 33130
                                                  (305) 536-7285