**ORDERED in the Southern District of Florida on September 22, 2025.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | |
| Clarity Diagnostics, LLC, | Case No. 24-18938-EPK<br>(Jointly Administered) |
| Clarity Lab Solutions, LLC, | Case No. 24-19243-EPK |
| Debtors. | Chapter 11 |
| ______________________________/ | |

## ORDER DENYING MOTION TO COMPEL

**THIS MATTER** came before the Court for hearing for hearing on September 10, 2025, upon the letter construed as a *Motion to Enforce* [ECF No. 321] (the "Motion") filed by Kevin Grobe. For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED and ADJUDGED** that the Motion [ECF Nos. 321] is denied without prejudice.

###

Submitted by:

Samuel W. Hess
Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Samuel W. Hess is directed to serve a copy of this Order upon all interested parties and to file a certificate of service.*