**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
https://www.flsb.uscourts.gov/

| | |
|---|---|
| In re: | Chapter 11 |
| CLARITY DIAGNOSTICS, LLC, | Case No. 24-18938-EPK |
| Debtor. | |
| _____/ | |

**MOTION OF THE UNITED STATES TRUSTEE FOR A STAY**
**OF UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE OR CONVERT CASE**
**TO CHAPTER 7 IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States Trustee for Region 21 moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, for a stay of the United States Trustee's Motion to Dismiss Case or Convert Case to Chapter 7 (the "US Trustee Motion", ECF # 324) in the above-captioned proceeding.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the United States Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore requests a stay of the US Trustee Motion until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as

soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, the hearing be continued for the the duration of the lapse in appropriations.

    WHEREFORE, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of the US Trustee Motion in the above-captioned case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                        GUY A. VAN BAALEN
                                        Acting United States trustee for Region 21

                                        */s/ Heidi A. Feinman*
                                        HEIDI A. FEINMAN
                                        Assistant United States Trustee
                                        Florida Bar No. 0879460
                                        Office of the United States Trustee
                                        51 SW 1st Avenue, Room 1204
                                        Miami, FL 33130
                                        (305) 536-7285

CERTIFICATE OF SERVICE

I certify the foregoing document was electronically filed with the court's document filing system on October 3, 2025, which will cause a copy to be automatically served on all parties registered to receive electronic service in this case.

/s/ *Heidi A. Feinman*
HEIDI A. FEINMAN
Assistant United States Trustee