UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CLARITY DIAGNOSTICS, LLC, | : | CASE NO. 24-18938-EPK |
| CLARITY LAB SOLUTIONS, LLC, | : | (Jointly Administered) |
|     Debtors. | : | |

**NOTICE OF WITHDRAWAL OF UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASES OR CONVERT CASES TO
CASES UNDER CHAPTER 7**

The Acting United States Trustee hereby withdraws, without prejudice, his Motion to Dismiss Cases or Convert Cases to Cases Under Chapter 7 (ECF #324).

GUY A. VAN BAALEN
Acting United States Trustee
Region 21

_____/S/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Florida Bar No. 0879460

Office of the U.S. Trustee
51 S.W. First Ave., Room 1204
Miami, FL 33130
(305) 536-7285

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION OF U.S. TRUSTEE TO DISMISS CASES OR CONVERT CASES TO CASES UNDER CHAPTER 7** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 24th day of November, 2025.

_____/s/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285