

**ORDERED in the Southern District of Florida on December 2, 2025.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Clarity Diagnostics, LLC,                                    Case No. 24-18938-EPK
                                                             (Jointly Administered)

Clarity Lab Solutions, LLC,                                  Case No. 24-19243-EPK

    Debtors.                                             Chapter 11
_____/

### ORDER APPROVING APPLICATION TO EMPLOY

THIS MATTER came before the Court for on November 26, 2025 upon the *Application to Employ Thomas G. Zeichman and Beighley, Myrick, Udell, Lynne and Zeichman as Special Litigation Counsel* [Dkt. No. 334] (the "Application") filed by Clarity Diagnostics, LLC and Clarity Lab Solutions, LLC (together, the Debtors"). In the Application, the Debtors request authorization to employ Thomas G. Zeichman, Esq. and the law firm of Beighley, Myrick, Udell, Lynne and Zeichman, P.A. (together, the "Firm") as special litigation counsel for the Debtors as it relates to collections.

The declaration submitted by Thomas G. Zeichman, Esq. attached to the Application demonstrates that Mr. Zeichman and the law firm of Beighley, Myrick, Udell, Lynne and Zeichman, P.A. are disinterested as required by 11 U.S.C. § 327(a).

Accordingly, and for the reasons stated on the record, it is **ORDERED AND ADJUDGED** that:

1.    The Application [Dkt. No. 334] is APPROVED.

2.    The Debtors are authorized to employ the Firm upon the terms set forth in the Application.

3.    The Firm shall apply for compensation and reimbursement of expenses/costs pursuant to 11 U.S.C. §§ 330 and 331.

###

Submitted by:

Eric Pendergraft
Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Eric Pendergraft is directed to serve a copy of this Order upon all interested parties and to file a certificate of service.*