UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  
Clarity Diagnostics, LLC                                        Chapter 11  
                                                                Case No. 24-18938-EPK

     Debtor.

_____/

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PLEADINGS AND OTHER PAPERS

Thomas G. Zeichman, Esq. and BEIGHLEY, MYRICK, UDELL & ZEICHMAN, PA hereby files this Notice of Appearance as special counsel for Debtors, Clarity Diagnostics, LLC and Clarity Lab Solutions, LLC, and hereby requests that copies of all future pleadings and notices be sent to the undersigned:

Thomas G. Zeichman, Esquire  
BEIGHLEY, MYRICK, UDELL & ZEICHMAN, PA  
2385 NW Executive Center Drive, Suite 300  
Boca Raton, FL 33431  
Phone: 561-549-9036  
Fax: 561-491-5509  
tzeichman@bmulaw.com  
csalomon@bmulaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, order, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

1

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of Debtors (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Debtor(s) is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Debtor(s) expressly reserves.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of December, 2025, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**BEIGHLEY, MYRICK,
UDELL & ZEICHMAN, PA**
*Special Counsel for Debtors*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By:     /s/ Thomas G. Zeichman
        THOMAS G. ZEICHMAN
        Florida Bar No. 99239