**ORDERED in the Southern District of Florida on July 31, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Clarity Diagnostics, LLC, Case No. 24-18938-EPK
(Jointly Administered)

Debtor. Chapter 11
_______________________________/

In re:

Clarity Lab Solutions, LLC, Case No. 24-19243-EPK

Debtor. Chapter 11
_______________________________/

**ORDER APPROVING APPLICATION TO EMPLOY**

**THIS MATTER** came before the Court for hearing on July 29, 2026 upon the *Application to Employ Crown Medical Collections, LLC as Collections Agent* [Dkt. No. 360] (the "Application") filed by Clarity Lab Solutions, LLC (the "Debtor").

In the Application, the Debtor seeks to employ Crown Medical Collections, LLC ("Crown") as the Debtor's collections agent regarding the COVID A/R, as that term is defined in the Application. Attached to the Application as Exhibit A is the Sworn Statement of Richard

Hersperger, Crown's Chief Executive Officer.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court is authorized to grant the relief requested in the Application under 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014(a).

The Sworn Statement accompanying the Application makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016 and constitutes a verified statement demonstrating that Crown is disinterested as required by 11 U.S.C. § 327.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Application [Dkt. No. 360] is **APPROVED**.

2. The employment of Crown by the Debtor as collections agent is **APPROVED** upon the terms set forth in the Application.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:

Eric Pendergraft, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
ependergraft@slp.law

*Eric Pendergraft is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*